Johnny Yeh (SBN 282428)
Peter Roldan (SBN 227067)
EMERGENT LLP
155 Montgomery Street, Suite 300
San Francisco, California 94104
p: 415/894-9284
f: 415/276-8929
e: johnny@emergent.law
e: peter@emergent.law

Attorneys for Defendant
DEFENDANT JAY JONES, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF VIRGINIA

Neelum J. Wadhwani (SBN 247948)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, D.C. 20024
Tel: (202) 434-5000

Attorneys for Non-Party
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETCHOICE,<br><br>*Plaintiff*,<br><br>v.<br><br>JAY JONES, in his official capacity as Attorney General of the Commonwealth of Virginia,<br><br>*Defendant*. | Case No. 26-mc-80314-SVK<br><br>(Underlying Action: *NetChoice v. Jay Jones*, No. 1:25-cv-02067-PTG-LRV, U.S. District Court for the Eastern District of Virginia, Alexandria Division)<br><br>**~~[PROPOSED]~~ ORDER TRANSFERRING MOTION TO COMPEL** |

**~~[PROPOSED]~~ ORDER**

Having considered the Parties' Joint Stipulation filed on October 28, 2026, and good cause appearing, the Court hereby ORDERS as follows:

Pursuant to Federal Rule of Procedure 45(f) and the Parties' request, Defendant Jay Jones' Motion to Compel Responses to Subpoena directed at non-party Google LLC, which was filed in this Court on October 28, 2026, shall be transferred to the United States District Court for the Eastern District of Virginia, Alexandria Division, the court in which the underlying action *NetChoice v. Jay Jones*, No. 1:25-cv-02067-PTG-LRV is currently pending.

IT IS SO ORDERED.

Dated: October 29, 2026

United States [~~District/~~Magistrate] Judge